UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCHRADER ELECTRONICS, INC., et al.,

    Plaintiffs,                        Case No. 12-cv-10715

v.                                       HONORABLE STEPHEN J. MURPHY, III

CONTINENTAL AUTOMOTIVE
SYSTEMS, US, INC,

    Defendant.
                                     /

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Sealed Order dated June 17, 2014, the complaint is **DISMISSED WITH PREJUDICE.**

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                        BY: s/C. Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 17, 2014, by electronic and/or ordinary mail.

                 s/Carol Cohron
                 Case Manager