NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCHRADER-BRIDGEPORT INTERNATIONAL, INC. AND SCHRADER ELECTRONICS, INC.,**
*Plaintiffs-Appellants,*

v.

**CONTINENTAL AUTOMOTIVE SYSTEMS U.S., INC.,**
*Defendant-Appellee.*

---

2014-1750

---

Appeal from the United States District Court for the Eastern District of Michigan in No. 2:12-cv-10715-SJM-MJH, Judge Stephen J. Murphy III.

---

**ON MOTION**

---

Before O'MALLEY, WALLACH, and HUGHES, *Circuit Judges.*

HUGHES, *Circuit Judge.*

### O R D E R

Appellants move without opposition to remand this case to the United States District Court for the Eastern District of Michigan so that the district court may consid-

er an Unopposed Motion for Relief from Orders and Judgment pursuant to Federal Rule of Civil Procedure 60(b) that Appellants intend to file. Appellants explain that the parties have settled the underlying patent litigation and that, as a condition of the settlement agreement, "Appellee-Continental will permit Appellant-Schrader to file an Unopposed Rule 60(b) Motion . . . ."

Appellants further state that the settlement is not conditioned on the district court's grant of the motion and thus this court takes no view on that motion and need not retain jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The case is remanded.

(2) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court

s26

ISSUED AS A MANDATE: February 24, 2015