# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **SCHRADER ELECTRONICS, INC.,**<br>    and<br><br>**SCHRADER-BRIDGEPORT INTERNATIONAL, INC.,**<br><br>             Plaintiffs,<br><br>         vs.<br><br>**CONTINENTAL AUTOMOTIVE SYSTEMS US, INC.,**<br><br>             Defendant. | CASE NO.<br>2:12-CV-10715-SJM-MJH<br><br>Hon. Judge Stephen J. Murphy, III<br>Hon. Mag. Judge Michael J.<br>       Hluchaniuk |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR VACATUR, DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND CLOSURE OF THIS ACTION

WHEREAS Plaintiffs Schrader-Bridgeport International, Inc. and Schrader Electronics, Inc. (collectively, "Schrader"), without opposition from Defendant Continental Automotive Systems US, Inc. ("Continental"), pursuant to a settlement agreement, move this Court to vacate the June 17, 2014 Final Judgment and Amended Sealed Summary Judgment Order (Dkt. Nos. 110, 111), and further dismiss all claims in this matter with prejudice, and finally close this case subject to the terms of a Settlement Agreement between the parties.  This Court having reviewed Plaintiffs' motion, and being duly informed on the premises;

**IT IS HEREBY ORDERED** that for good cause the motion is granted: (1) the June 17, 2014 Final Judgment and Amended Sealed Summary Judgment Order (Dkt. Nos. 110, 111) are hereby vacated, (2) all claims pending in this matter are dismissed with prejudice, and (3) the case is closed with each party bearing its own costs and expenses (including legal fees) incurred in connection with this matter.

**SO ORDERED.**

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated: March 31, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2015, by electronic and/or ordinary mail.

s/Carol Cohron

Case Manager